## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| RACHEL DAVIS, | Civ. No. 23-111-GJF-LF |
| Plaintiff, | |
| v. | |
| TRUE HEALTH NEW MEXICO, INC., | |
| Defendant. | |

### ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court *sua sponte* on review of the parties' joint stipulation of dismissal with prejudice. ECF 36. The Court, having reviewed the stipulation, finds it well-taken.

**IT IS THEREFORE ORDERED** that case be **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*