# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| RACHEL DAVIS, | Civ. No. 23-111-GJF-LF |
| Plaintiff, | |
| v. | |
| TRUE HEALTH NEW MEXICO, INC., | |
| Defendant. | |

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Dismissing Case [ECF 37], this Final Judgment is entered, and the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*